GREGORY BOURGEOIS *v.* VICTORIA BOURGEOIS

The defendant's petition for certification for appeal from the Appellate Court (AC 13069) is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Julia T. Bradley,* in support of the petition.

*Edward J. Peters, Jr.,* in opposition.

Decided June 16, 1994

HAL-BROOK HOSPITAL *v.* JOHN FITZPATRICK ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 13465) is denied.

*Laurence V. Parnoff,* in support of the petition.

Decided June 16, 1994

KEVIN JON WEIDENBACHER *v.*
DONNA J. DUCLOS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 129 (AC 12236), is granted, limited to the following issue:

"Does a putative father have standing to bring a habeas corpus action to establish his paternity of a minor child that is born in wedlock?"

The Supreme Court docket number is SC 14942.

*Richard G. Kent* and *Stuart M. Katz,* in support of the petition.

*Louis RisCassi,* in opposition.

Decided June 16, 1994